**United States District Court**
**Northern District of New York**

# JUDGMENT IN A CIVIL CASE

**CARLISA STOVER, on behalf of E.L.**

**Plaintiff**

VS.                                          1:04-CV-1467 (NAM) (GHL)

**COMMISSIONER OF SOCIAL SECURITY**

**Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendations of Magistrate Judge George H. Lowe are adopted in their entirety, this matter is remanded to the Commissioner to address Listing 112.11 and apply the evidence to the requirements set forth therein.

All of the above pursuant to the Order of the Honorable Judge Norman A. Mordue dated the 16th day of September, 2008.


**September 18, 2008**                       **LAWRENCE K. BAERMAN**

**DATE**                                     **Clerk of Court**

                                             s/

                                             **Joanne Bleskoski**
                                             **Deputy Clerk**