# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**CARLISA STOVER, on behalf
of E.L.**,

　　　　　　　　Plaintiff,

　　　　vs.　　　　　　　　　　　　　**CASE NUMBER: 1:04-cv-1467**

**MICHAEL J. ASTRUE,
Commissioner of Social Security**,

　　　　　　　　Defendant.


**Decision by Court.**　　　This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　　　IT IS ORDERED AND ADJUDGED that Plaintiff be awarded attorneys' fees under Equal Access to Justice Act (EAJA) in the amount of $7,500.00 and that payment be made directly to Empire Justice Center pursuant to an assignment of EAJA fees signed by Plaintiff.

　　　　All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 4th day of December, 2008.


DATED: December 5, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　/s_____
　　　　　　　　　　　　　　　　L. Welch
　　　　　　　　　　　　　　　　Deputy Clerk